568

No. 100. SOUTHERN EXTRACT Co. *v.* GREEN. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Forrest Andrews* for petitioner. *Mr. W. W. Piper* for respondent.

No. 105. LOUISVILLE REFINING Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. A. Shelby Winstead* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Charles A. Horsky, Charles Fahy, Robert B. Watts,* and *Mortimer B. Wolf* for respondent.

No. 107. KRASKIN *v.* KRASKIN. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Lester Wood* and *Bernard M. Chernoff* for petitioner. *Mr. Raymond Neudecker* for respondent.

No. 108. HOSPELHORN, RECEIVER, *v.* CORBIN. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Northampton County, Virginia, denied. *Mr. J. Purdon Wright* for petitioner. *Mr. Stewart K. Powell* for respondent.

No. 109. LANE ET AL. *v.* EWALD. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. H. Mason Welch* and *Herbert R. Grossman* for petitioners. *Messrs. William J. Rowan* and *Eldridge Hood Young* for respondent.